**STATE of Missouri, Plaintiff/Respondent,**

v.

**Patrick M. NELSON, Defendant/Appellant.**

**ED 100503**

Missouri Court of Appeals, Eastern District, *DIVISION TWO.*

Filed: February 3, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied March 11, 2015

Application for Transfer Denied April 28, 2015

Gregory L. Barnes, P.O. Box 899, Jefferson City, MO 65102, for Plaintiff/Respondent.

William J. Swift, Woodrail Centre, 1000 W. Nifong, Building 7, Suite 100, Columbia, MO 65203, for Defendant/Appellant.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

*ORDER*

**PER CURIAM.**

Patrick M. Nelson appeals from the trial court's judgment entered upon a jury verdict convicting him of first-degree murder, first-degree assault, first-degree burglary, and three counts of armed criminal action. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court did not err or abuse its discretion. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Rule 30.25(b).